United States Bankruptcy Court
Central District of California

In re:                                                                      Case No. 10-38118-TD
Brenda Joyce Lott                                                           Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: vmoodyC          Page 1 of 2              Date Rcvd: Apr 14, 2011
                              Form ID: b18           Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2011.
```
db          +Brenda Joyce Lott,   6026 Castana Ave,   Lakewood, CA 90712-1018
smg          Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA  90053-0200
cr          +Aurora Loan Services, LLC, it assignees and/or suc,   c/o McCarthy & Holthus, LLP,
             1770 Fourth Avenue,   San Diego, CA 92101-2607
26868820    +Americas Servicing Company,   POB 10328,   Des Moines, IA 50306-0328
26868822    +Arsi,   555 St Charles Dr Ste 100,   Thousand Oaks, CA 91360-3983
26868830    +CBA Collection Bureau,   25954 Eden Landing Road,   Hayward, CA 94545-3837
26868834    +CMRE Financial Services, Inc.,   3075 E Imperial Hwy # 2OO,   Brea, CA 92821-6733
26868838    +ER Collection,   800 SW 39th Street,   Renton, WA 98057-4975
26868836    +Enhanced Recovery Corporation,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
26868837    +Equifax,   POB 144717,   Orlando, FL 32814-4717
26868839    +Experian,   Profile Maintenance,   POB 9558,   Allen, TX 75013-9558
26868840    +First Financial Asset Management,   230 Peachtree St, Ste 1700,   Atlanta, GA 30303-1537
26868842    +Gmac,   PO Box 4622,   Waterloo, IA 50704-4622
26868843     Gmac Mortgage,   PO Box 4622,   Waterloo, IA 50704-4622
26868847    +Litton Loan Servicing,   4828 Loop Central Dr,   Houston, TX 77081-2166
26868848    +M R S, LLC,   1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
26868849    +Mayfair Emergency Phys,   Po Box 42976,   Philadelphia, PA 19101-2976
26868851    +Mrs Associates Inc,   1930 Olney Ave,   Cherry Hill, NJ 08003-2016
26868854    +Northland Group Inc,   Po Box 390846,   Minneapolis, MN 55439-0846
26868856    +Progressive Management Systems,   1521 West Cameron Avenue,   West Covina, CA 91790-2738
26868857    +Protocol Recovery Service,   509 Mercer Avenue,   Panama City, FL 32401-2631
26868861    +SMC/Daniels Jewelers,   POB 3750,   Culver City, CA 90231-3750
27259719    +Security Credit Services, LLC,   PO Box 1156,   Oxford MS 38655-1156
26868862    +Specialized Loan Servicing,   8742 Lucent Blvd., Suite 300,   Highlands Ranch, CO 80129-2386
26868864    +Superior Asset Management,   1000 Abernathy Road NE, Ste 400,   Atlanta, GA 30328-5614
26868863    +Superior Asset Management,   POB 4339,   Fort Walton Beach, FL 32549-4339
26868865    +The Best Service Co/Ca,   10780 Santa Monica Blvd., 140,   Los Angeles, CA 90025-7613
26868866    +Trans Union Corporation,   Attn: Public Records Department,   555 West Adams Street,
             Chicago, IL 60661-3631
26868867    +Wescom Credit Union,   POB 7097,   Pasadena, CA 91109-7097
26868868    +Zwicker & Associates P C,   80 Minuteman Road,   Andover, MA 01810-1008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: QEMILLER.COM Apr 15 2011 02:13:00      Elissa Miller (TR),   SulmeyerKupetz,   333 S Hope St,
             35th fl,   Los Angeles, CA 90071-1406
smg          EDI: EDD.COM Apr 15 2011 02:13:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
             P.O. Box 826880,   Sacramento, CA 94280-0001
smg          EDI: CALTAX.COM Apr 15 2011 02:13:00      Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,
             Sacramento, CA 95812-2952
26868821    +EDI: ARSN.COM Apr 15 2011 02:13:00      ARS National Services,   201 W Grand Avenue,
             Escondido, CA 92025-2603
26868819    +EDI: AMEREXPR.COM Apr 15 2011 02:13:00      American Express,   PO Box 981537,
             El Paso, TX 79998-1537
26868823    +EDI: ACCE.COM Apr 15 2011 02:13:00      Asset Acceptance,   PO Box 2036,   Warren, MI 48090-2036
26868825    +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Apr 15 2011 01:59:18      Aurora Loan Services,
             10350 Park Meadows Drive, Suite 500,   Littleton, CO 80124-6800
26868827    +E-mail/Text: banko@bonncoll.com Apr 15 2011 01:59:04      Bonneville Billing,   POB 150621,
             Ogden, UT 84415-0621
26868828    +E-mail/Text: jraichel@cms-collect.com Apr 15 2011 02:00:38      Capital Management Services,
             726 Exchange St Ste 700,   Buffalo, NY 14210-1464
26868829    +EDI: CAPITALONE.COM Apr 15 2011 02:13:00      Capital One,   PO Box 30281,
             Salt Lake City, UT 84130-0281
26868831    +EDI: CBCSI.COM Apr 15 2011 02:13:00      Cbcs,   Po Box 69,   Columbus, OH 43216-0069
26868833     EDI: CHASE.COM Apr 15 2011 02:13:00      Chase Bank USA,   800 Brooksedge Blvd,
             Westerville, OH 43081-2822
26868835    +E-mail/Text: CSIREQ@CREDITSYSTEMSINTL.COM Apr 15 2011 01:59:05      Credit Systems Intl Inc,
             1277 Country Club Lane,   Fort Worth, TX 76112-2304
26868841    +EDI: RMSC.COM Apr 15 2011 02:13:00      GE Capital/Mervyns,   POB 981400,   El Paso, TX 79998-1400
26868826     EDI: HFC.COM Apr 15 2011 02:13:00      Best Buy/HSBC,   POB 15524,   Wilmington, DE 19850
26868845     EDI: HFC.COM Apr 15 2011 02:13:00      HSBC/Yamaha,   POB 15524,   Wilmington, DE 19850
26868844    +EDI: CITICORP.COM Apr 15 2011 02:13:00      Home Depot/Citibank,   POB 6497,
             Sioux Falls, SD 57117-6497
26868846    +Fax: 562-594-8117 Apr 15 2011 02:37:03      LBS Financial CU,   POB 4860,
             Long Beach, CA 90804-0860
26868850    +EDI: MID8.COM Apr 15 2011 02:13:00      Midland Credit Management,   8875 Aero Drive,
             San Diego, CA 92123-2251
26868858    +EDI: RESURGENT.COM Apr 15 2011 02:13:00      Resurgent Capital Services,   15 S Main Street,
             Greeville, SC 29601-2743
26868860    +EDI: CITICORP.COM Apr 15 2011 02:13:00      Shell/Citibank SD,   POB 6497,
             Sioux Falls, SD 57117-6497
                                                                                              TOTAL: 21
```

```
District/off: 0973-2              User: vmoodyC             Page 2 of 2                   Date Rcvd: Apr 14, 2011
                                  Form ID: b18              Total Noticed: 51

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             U.S Bank National Association, as Successor Truste
26868824*      +Asset Acceptance Corp,   POB 2036,   Warren, MI 48090-2036
26868832      ##+Central Financial Control,   PO Box 66051,   Anaheim, CA 92816-6051
26868853      ##+NCO Financial Services,   2920 Prospect Park Drive, Suite 200,   Rancho Cordova, CA 95670-6036
26868852      ##+National Financial System,   POB 9046,   Hicksville, NY 11802-9046
26868855      ##+OSI Collection Services,   200 Executive Drive,   Brookfield, WI 53005-4202
26868859      ##+Security Credit Services, LLC,   2623 West Oxford Loop,   Oxford, MS 38655-5442
                                                                                    TOTALS: 1, * 1, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 16, 2011**                              **Signature:**       *Joseph Speetjens*

B18 (Official Form 18)(12/07)

# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**  
Brenda Joyce Lott  
aka Brenda Joyce Covington, aw Lotts Of Fun

**BANKRUPTCY NO.**  2:10-bk-38118-TD

**CHAPTER** 7

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):** xxx-xx-6601  
**Employer Tax-Identification (EIN) No(s).(if any):** N/A  
**Debtor Discharge Date:** 4/14/11

**Address:**  
6026 Castana Ave  
Lakewood, CA 90712

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Dated: April 14, 2011

**Kathleen J. Campbell**  
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social-security numbers or individual taxpayer-identification numbers.*

(Form b18-DIS Rev. 03/09) VAN-30

15 − 4 / VMI

B18 (Official Form 18) Cont.
Rev.(12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.